# PETTY OFFENSE DOCKET SHEET
# AND JUDGMENT ORDER

COURTROOM # 301

Judicial Officer: THOMAS RAWLES JONES, JR

Location: SPECIAL DOCKET

**Page No. 1**

Date of Proceedings: JANUARY 22, 2015

| CASE | | | | | | DISPOSITION | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number | Name & Address of Defendant | Offense | Date of Offense | Officer | Agency | Did Not Appear | Plea | Judg-ment | Fee | Special Assess. | $ Fine | Other/Remarks |
| C55828 | THURIN, Alexander J. | D.W.I. | 03/10/14 | Ripoli | EV37 | w/atty Underwood | | | 25 | 10 | --- | Deft sentenced to two years supervised probation with conditions. Fine payable during the period of probation. Deft remanded. *pe* |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

In Court Time: ___ HOURS **30** MINUTES       (FTR)   Signature of Judicial Officer _____       Date **1/22/15**

# United States District Court
# Eastern District of Virginia

F I L E D

JAN 2 2 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### UNITED STATES OF AMERICA
### V.

## JUDGMENT IN A CRIMINAL CASE
(For offenses committed on or after November 1, 1987)

### Case Number: **C55826, C55827 and C55828**

**Alexander J. Thurin**
DEFENDANT

**Sean E. Underwood, Esquire**
Defendant's Attorney

## THE DEFENDANT:

( **X** ) pleaded guilty to count(s): **C55828**

.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count(s) |
|---|---|---|---|
| 32 CFR 1903.4(b)(1)(ii) | Driving While Intoxicated | 03/10/14 | C55828 |

( **X** ) Count(s): **C55826 and C55827** are dismissed on the motion of the United States.

## IT IS THE JUDGMENT OF THIS COURT THAT:

the defendant shall pay the $10.00 special assessment and the $25.00 processing fee, and the defendant is placed on supervised probation for a period of two (2) years with the following special conditions: 1) the defendant shall reside at a place that is approved by the probation officer; 2) the defendant shall not consume any alcohol; 3) the defendant shall submit to remote alcohol testing; 4) the defendant shall undergo substance abuse testing and/or treatment as directed; 5) the defendant shall undergo mental health counseling and/or treatment as directed; 6) the defendant shall not operate a motor vehicle anywhere in the United States; 7) the defendant shall serve SEVEN (7) DAYS jail immediately; 8) the defendant shall pay the special assessment and processing fee during the period of probation.

The defendant is remanded to the custody of the United States Marshal Service to serve seven (7) days jail in the Bureau of Prisons as a condition of probation.

In addition to any conditions of probation imposed above, IT IS ORDERED that the conditions of probation set out on the reverse of this judgment are imposed.

AO 245 (Reverse)

## CONDITIONS OF PROBATION

While the defendant is on probation pursuant to this judgment, the defendant:

1) shall not commit another federal, state or local crime.

2) shall not leave the judicial district without the permission of the court or probation officer;

3) shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) shall support his or her dependents and meet other family responsibilities;

6) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7) shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

10) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without permission of the court;

14) as directed by the probation officer, shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

15) shall pay any fine or obligation imposed by this judgment.

16) shall not possess a firearm or destructive device.

( **X** ) **IT IS FURTHER ORDERED** that the defendant shall pay a special assessment of **$10.00** and a processing fee of **$25.00**, for count(s): **C55828**, which shall be due ( ) immediately ( **X** ) during the term of probation ( ) as follows:

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

( ) The court orders commitment to the Attorney General and recommends:

<u>**January 22, 2015**</u>
Date of Imposition of Sentence

/s/Thomas Rawles Jones, Jr.
Signature of Judicial Officer
**Thomas Rawles Jones, Jr.**
<u>**United States Magistrate Judge**</u>
Name & Title of Judicial Officer

<u>**January 22, 2015**</u>
Date

## RETURN

I have executed this judgment as follows:_____

Defendant delivered on :_____ To _____

At _____

With a certified copy of this judgment.

_____
United States Marshal

By: _____
Deputy Marshal